IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTIE DORMAN and
JASON DORMAN,

    Plaintiffs,

v.

RONALD CAFFEY, et al.,

    Defendants.                    Case No. 08-cv-254-DRH

## ORDER

**HERNDON, Chief Judge:**

Previously, the Court issued an Order in this case, *sua sponte* dismissing it without prejudice for lack of subject matter jurisdiction, but allowing Plaintiffs leave to file an amended complaint (Doc. 42). The Order stated that should Plaintiffs fail to file an amended complaint by November 21, 2008, the case file would be closed. As Plaintiffs have not filed a timely amended complaint, the Court hereby **CLOSES** the case file.

**IT IS SO ORDERED**.

Signed this 5th day of March, 2009.

           /s/      *David R Herndon*

           **Chief Judge**
           **United States District Court**